# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN SANTOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KATHRYN M. HARWELL, et al.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:19-cv-01593-AWI-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>(Doc. 15) |

**ORDER**

On April 24, 2020, Defendant City of Newman Police Department ("Defendant") filed a "Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days," (Doc. 15), extending Defendant's time to respond to the complaint from April 24, 2020, to May 22, 2020.

Pursuant to the parties' stipulation, and for good cause shown, the Court GRANTS the parties' request. Accordingly, Defendant City of Newman Police Department shall respond to the complaint by no later than May 22, 2020.

IT IS SO ORDERED.

Dated: __**April 27, 2020**__　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE