# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN SANTOR, | Case No. 1:19-cv-01593-AWI-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY LEAVE TO AMEND SHOULD NOT BE REVOKED** |
| v. | |
| KATHRYN M. HARWELL, et al., | **TWENTY-ONE DAY DEADLINE** |
| Defendants. | |
| _____/ | |

On August 25, 2020, the Court granted in part and denied in part Defendants' motions to dismiss and permitted Plaintiff leave to amend her complaint as to certain claims within twenty-one (21) days of service of the order. (Doc. 30.) The Court cautioned that "[i]f Plaintiff fails to file a timely amended complaint, then leave to amend shall be automatically revoked without further order . . ." (*Id.*)

On September 15, 2020, Plaintiff filed an unopposed ex parte application extending time to file her amended complaint, which was unopposed. (Doc. 32.) The Court granted the unopposed application on September 17, 2020, and ordered that Plaintiff's amended complaint be filed by no later than October 6, 2020. (Doc. 33.) To date, no amended complaint has been filed.

1      Accordingly, the Court ORDERS that, **by no later than twenty-one (21) days of service of this order**, Plaintiff shall file an amended complaint or a statement showing cause why the Court should not revoke leave to amend. The Court further CAUTIONS Plaintiff that, if she fails to respond timely to this order, leave to amend shall be automatically revoked without further order.

     It is further ORDERED that the Scheduling Conference, currently set for November 17, 2020, is hereby **CONTINUED to January 26, 2021, at 9:45 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**. The parties SHALL file their joint scheduling report seven (7) days prior to the conference.

IT IS SO ORDERED.

Dated:   **November 3, 2020**            /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE