# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| LEANN SANTOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHRYN M. HARWELL, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-CV-01593-AWI-SKO<br><br>**ORDER GRANTING STIPULATION TO PROVIDE JUVENILE CASE FILE RECORDS TO DEFENDANTS**<br><br>(Doc. 59) |

   Based on the parties' Stipulation to Provide Juvenile Case File Records to Defendants (Doc. 59), and for good cause shown, the Court hereby finds and orders as follows:

1. Plaintiff shall provide the 205 pages of A.L.'s juvenile case file to Defendants in this matter; and

2. The documents received shall be bates stamped by Plaintiff using the numbering convention "827-1-xxx," which shall be used by all parties when referencing the juvenile case file.

IT IS SO ORDERED.

Dated:　**January 19, 2022**　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1

Order
Santor v. Kathryn M. Harwell, et al.
U.S. District Court – Eastern District of California
Case No.: 1:19-cv-01593-AWI-SKO