BRADLEY J. SWINGLE, SBN 171535
AMANDA J. HEITLINGER, SBN 271469
File No. 10352
**SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980

Attorneys for Defendants
TONYA LASTER, JUAN PEREZ, MARGO KILGORE, JOSEPH GREENE,
DAVID GRANADOS, MARIA PASILLA and COUNTY OF STANISLAUS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN SANTOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHRYN M. HARWELL, TONYA LASTER, JUAN PEREZ, MARGO KILGORE, JOSEPH GREENE, DAVID GRANADOS, MARIA PASILLA, COUNTY OF STANISLAUS, STANISLAUS COUNTY COMMUNITY SERVICES AGENCY, CITY OF NEWMAN POLICE DEPARTMENT, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/ | **Lead Case:** 1:19-cv-01593-AWI-SKO<br>**Member Case:** 1:21-cv-01732-AWI-SKO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE COMPLETION DATE FOR NON-EXPERT DISCOVERY**<br><br>**(Doc. 78)**<br><br>**Honorable Sheila K. Oberto**<br>**United States Magistrate Judge** |

　　　Plaintiff, LEANN SANTOR, and Defendants TONYA LASTER, JUAN PEREZ, MARGO KILGORE, JOSEPH GREENE, DAVID GRANADOS, MARIA PASILLA and COUNTY OF STANISLAUS, hereby submit this joint stipulation to extend the non-expert discovery deadline from April 19, 2023 to June 19, 2023.

　　　WHEREAS, on November 7, 2019, Plaintiff, LEANN SANTOR, filed a complaint for damages in this matter (Dkt.1 – Case 1:19-cv-01593-AWI-SKO). At that time, her attorney was Joseph Weinberger.

JOINT STIPULATION AND ORDER TO EXTEND THE COMPLETION DATE FOR NON-EXPERT DISCOVERY- 1

1 WHEREAS, on November 20, 2020, attorney Robert Powell of Powell & Associates substituted into the case as counsel for LEANN SANTOR.

WHEREAS, on December 6, 2021, A.L., the daughter of LEANN SANTOR, filed a separate lawsuit against Defendants arising out other same event or occurrence. (Dkt. 1 – Case 1:21-cv-01732-AWI-SKO)

WHEREAS, on April 8, 2022, both cases were consolidated pursuant to a stipulation between the parties. (Dkt. 63)

WHEREAS, the Court's Scheduling Order of May 24, 2022, provided a deadline for the completion of non-expert discovery for April 19, 2023.

WHEREAS, the parties have been actively engaged in conducting depositions, however, due to the schedules of counsel and the availability of parties and witnesses, additional time is needed to complete non-expert discovery.

WHEREAS, there have been no prior requests for an extension of time for the completion of non-expert discovery and the parties are only requesting an extension of time for two (2) months to June 19, 2023.

WHEREAS, the parties hereby agree and stipulate that an extension of time for the completion of non-expert discovery is not only reasonable but is necessary to ensure that the parties are able to take all necessary depositions.

WHEREBY IT IS HEREBY STIPULATED AND AGREED that the non-expert discovery deadline date be modified as follows:

The non-expert discovery deadline will be extended from April 19, 2023 to June 19, 2023.

IT IS HEREBY STIPULATED.

Dated: April 5, 2023.                    POWELL & ASSOCIATES


                                         By  /s/ Robert Powell
                                         ROBERT B. POWELL
                                         Attorneys for Plaintiff
                                         LEANN SANTOR

JOINT STIPULATION AND ORDER TO EXTEND THE COMPLETION DATE FOR NON-EXPERT DISCOVERY- 2

Dated: April 5, 2023.                            SWINGLE, VAN EGMOND & HEITLINGER
                                                 A Professional Law Corporation


                                                 By  /s/ Bradley Swingle
                                                 BRADLEY J. SWINGLE
                                                 AMANDA J. HEITLINGER
                                                 Attorneys for Defendants
                                                 TONYA LASTER, JUAN PEREZ, MARGO
                                                 KILGORE, JOSEPH GREENE, DAVID GRANADOS,
                                                 MARIA PASILLA and COUNTY OF STANISLAUS

## **ORDER**

This Court has reviewed and considered the above stipulation between the parties. Based on the representations submitted here with and, for good cause shown, it is hereby ORDERED that the Scheduling Order (Doc. 71) be modified as follows:

1. The deadline for fact discovery shall be extended to **June 19, 2023**; and
2. The Court hereby extends the deadline for expert disclosures to **July 10, 2023**, so the expert disclosure deadline does not predate the new deadline for fact discovery.

IT IS SO ORDERED.

Dated:  **April 5, 2023**                                /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE