Robert R. Powell (SBN 159747)
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, CA 95126
T: (408) 553-0201; F: (408) 553-0203
E: rpowell@rrpassociates.com
Attorneys for Plaintiffs

John R. Whitefleet (SBN: 213301)
2180 Harvard St., Ste 500,
Sacramento, CA 95815
T: (916) 929-1481; F: (916) 927-3706
E: jwhitefleet@porterscott.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN SANTOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KATHRYN M. HARWELL, et al.,<br><br>　　　　Defendants. | Lead Case:　　1:19-cv-01593-MCE-DB<br>Member Case: 1:21-cv-01732-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RE: PARTIES OPPOSITIONS AND REPLIES TO MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Morrison C. England, Jr. |

　　　The parties hereto, appearing by and through their respective counsel, submit the following Stipulation and Proposed Order seeking to extend the filing deadlines for the parties' Oppositions and Replies to the respective Motions for Partial Summary Judgment filed by each party.

　　　Based on the following recitals of fact, the Parties hereby stipulate and agree as follows

1

below, and request the Court order same:

**RECITALS:**

1 - **WHEREFORE** counsel for both parties, Defendants and Plaintiffs, are currently preparing all manner of pre-trial filings for a trial opposite one another in a separate federal matter within this district which is set for jury selection on May 13th, 2024 (*Beard v. County of Stanislaus*, Case No. 1:21-cv-00841-JAM-CSK), and is anticipated to run until some point in the middle of May 20th through the 24th, and,

2 – **WHEREFORE** the office of Plaintiffs lead counsel Robert R. Powell has recently experienced set-backs in February of 2024 in the form of losing two paralegals and has been operating with only two and one-half (shared employee) paralegals since then, despite usually operating with three and one-half paralegals the past seven or so years, and,

3 – **WHEREFORE**, Plaintiffs lead counsel also had a previously booked and paid for trip to Montana May 6th through May 10th, for meetings with a septic system contractor on a development project, an RV repairman, and an I.T. service provider, and,

4 – WHEREFORE, counsel for Defendants has numerous depositions set between the filing of this stipulation and the opposition due date, and,

5 - **WHEREFORE** the Oppositions and Replies themselves will involve extensive work to complete, especially for Defendants given the significant number of facts (99) offered in Plaintiffs' Motion for Partial Summary Judgment, and will need significantly more time than Local Rule 230(c) currently allows (14 days),

6 – **WHEREFORE** the Court issued a Minute Order (Dkt. 101) on April 29th, 2024 vacating the previously set hearing date of May 30th, 2024, and deemed the dueling Motions for Summary Judgment/Adjudication submitted, as well as ordering any oppositions and/or replies filed in accordance with Local Rule 230(c)-(d), when Defendants and Plaintiffs had already conversed on the need to request additional time,

**THEREFORE** counsel for the parties submit given the *Beard* trial, shortcomings in staff, Plaintiffs' counsel's trip, the extensive facts in the Plaintiffs' Motion for Partial

2

Stip. to Extnd. MSJ Deadlines
Case No. 1:19-cv-01593-MCE-DB
4895-5490-7323, v. 1

Summary Judgment, and the schedules of counsel, good cause exists to modify the briefing schedule on their respective Motions For Partial Summary Judgment.

Based on the foregoing, the parties stipulate and request this Court order same:

1. The deadline to file Plaintiffs' Opposition to Defendants Motion for Partial Summary Judgment, and the deadline to file Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment, is extended to May 28, 2024.

2. The Replies for the above referenced respective motions shall be filed no later than June 7, 2024.

**IT IS SO STIPULATED**

**POWELL & ASSOCIATES**　　　　　　　　　**PORTER SCOTT**

  /S/ Robert R. Powell     5/1/24　　　　  /S. John R. Whitefleet     5/1/24
ROBERT R. POWELL, ESQ.　　　　　　JOHN R. WHITEFLEET, ESQ.
Attorney for Plaintiffs　　　　　　　　　　Attorneys for Defendants

### ORDER

Based on the foregoing stipulation by the parties, the Court grants the parties' request as follows:

1. Plaintiffs' Opposition and Defendants' Opposition to the other sides respective Motions for Partial Summary Judgment shall be filed no later than May 28, 2024.

2. Any Replies to the Parties respective Motions for Partial Summary Judgment shall be filed no later than June 7, 2024.

IT IS SO ORDERED.

Dated: May 3, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

3

Stip. to Extnd. MSJ Deadlines
Case No. 1:19-cv-01593-MCE-DB
4895-5490-7323, v. 1