ROBERT R. POWELL, SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: 408-553-0201 F: 408-333-9330
E: rpowell@rrpassociates.com

SAMUEL H. PARK (SBN: 261136)
**LAW OFFICE OF SAMUEL H. PARK, APC**
374d Bergin Drive
Monterey, CA 93940
T: (831) 529-5955
E: sam@sampark.lawyer

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN SANTOR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KATHRYN M. HARWELL, et al.,<br><br>Defendants. | Lead Case: 1:19−CV−01593−MCE−DB<br>Member Case: 1:21-cv-01732-MCE-DB<br><br>ORDER ON PLAINTIFFS REQUEST TO SEAL DOCUMENTS |

Plaintiffs request to file under seal various Exhibits to the Declaration of Counsel for Plaintiffs Robert R. Powell, which are submitted in support of the Plaintiffs' Motion For Partial Summary Judgment.

Plaintiffs state that these documents should remain under seal because they contain private and confidential information that is not generally known, not normally revealed to the public or third parties, or, if disclosed to third parties, would require such third parties to maintain the information in confidence. Moreover, the interest in maintaining the privacy and confidentiality of said information outweighs the interest in public disclosure. The documents are all related to matters involving minors, whether in juvenile dependency proceedings, or involved in a child abuse investigation by law enforcement and contain

1   identifiable information of the minors which is confidential pursuant to Cal. Welf. & Inst.
2   C. § 827 et seq.
3       Good cause appearing, Plaintiffs' Request to Seal the documents described within the
4   Request to Seal is hereby GRANTED.  Those documents shall be sealed for a period of
5   one year from the date this Order is electronically filed.  Should the parties believe that
6   further sealing is warranted after that time, they may file a request to extend the sealing
7   order prior to its expiration.
8       **IT IS SO ORDERED.**
9   Dated:  May 10, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE