ROBERT R. POWELL, SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

SAMUEL H. PARK (SBN: 261136)
**LAW OFFICE OF SAMUEL H. PARK, APC**
374d Bergin Drive
Monterey, CA 93940
T: (831) 529-5955
E: sam@sampark.lawyer

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN SANTOR, et al. | Case No.: 1:19-cv-01593-MCE-DB |
| Plaintiffs, | |
| v. | **ORDER GRANTING EX-PARTE MOTION TO EXCUSE LATE FILED PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| COUNTY OF STANISLAUS, et al. | |
| Defendants. | |

Based on Plaintiffs Ex-Parte Motion to Excuse Late Filed Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment filed on May 31, 2024, and upon review of same and any objections thereto, the Court hereby orders as follows;

1

ORDER
Santor, et al. v. County of Stanislaus, et al.
Case No.: 1:19-cv-01593-MCE-DB

Good cause appearing, the request to GRANT Ex-parte motion to excuse late filed Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgement is hereby GRANTED.  That Opposition is hereby deemed timely.

IT IS SO ORDERED.

Dated:  June 6, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER
Santor, et al. v. County of Stanislaus, et al.
Case No.: 1:19-cv-01593-MCE-DB